Official Form 1 (1/08)

## United States Bankruptcy Court
### NORTHERN DISTRICT OF ILLINOIS

| | **Voluntary Petition** |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Wojcik, Robin** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **6957** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): **1713 Periwinkle Drive Morris IL**   ZIPCODE **60450** | Street Address of Joint Debtor (No. & Street, City, and State):   ZIPCODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Grundy** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **SAME**   ZIPCODE | Mailing Address of Joint Debtor (if different from street address):   ZIPCODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**   ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**
**Check one box:**
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)
FORM B1, Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Robin Wojcik** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>**Nth Dist IL( Ch 13)** | Case Number:<br>**06B00417** | Date Filed:<br>**1/18/06** |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | X   **/s/ Richard S. Bass**                          **07/27/2009**<br>Signature of Attorney for Debtor(s)                          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                          FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Robin Wojcik* |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Robin Wojcik*
   Signature of Debtor

**X**
   Signature of Joint Debtor

   Telephone Number (if not represented by attorney)

*07/27/2009*
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed name of Foreign Representative)

*07/27/2009*
   (Date)

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

**X** */s/ Richard S. Bass*
   Signature of Attorney for Debtor(s)

*Richard S. Bass 6189009*
   Printed Name of Attorney for Debtor(s)

*Law Office of Richard S. Bass LTD*
   Firm Name

*2021 Midwest Road*
   Address

*Oak Brook IL  60521*

*630-953-8655*
   Telephone Number

*07/27/2009*
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

*07/27/2009*
   Date

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re **Robin Wojcik**

Case No.
Chapter   **7**

_____
                    **Debtor(s)**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐   4. I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐   Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐   Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐   Active military duty in a military combat zone.

☐   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Robin Wojcik*

Date:   *07/27/2009*

B 201 (12/08)

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1.  Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**.  The briefing must be given within 180 days **before** the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.**  The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

### 2.  The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:  Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code.  It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____                    _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
Address:                                                                 preparer is not an individual, state the Social Security
_____                                 number of the officer, principal, responsible person, or
                                                                         partner of the bankruptcy petition preparer.)  (Required
                                                                         by 11 U.S.C. § 110.)
X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____          X_____
Printed Name(s) of Debtor(s)                      Signature of Debtor                    Date

Case No. (if known) _____          X_____
                                                   Signature of Joint Debtor (if any)    Date

**FORM B6A (Official Form 6A) (12/07)**

In re *Robin Wojcik*                                                                                    ,          Case No._____
                          Debtor(s)                                                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *None* | | | | *None* |
| | | | | |

|  |  | **TOTAL $** | *0.00* | |
|---|---|---|---|---|

No continuation sheets attached

**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re _Robin Wojcik_ ,                                      Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking: Morris Credit Union*<br>*Location: In debtor's possession*<br><br>*Savings: Morris Credit Union*<br>*Location: In debtor's possession* | | $ 100.00<br><br><br>$ 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Misc used household goods and furnishings*<br>*Location: In debtor's possession* | | $ 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Misc used personal items, books and pictures*<br>*Location: In debtor's possession* | | $ 300.00 |
| 6. Wearing apparel. | | *Misc used personal clothing*<br>*Location: In debtor's possession* | | $ 600.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance (Term Policy)*<br>*Location: In debtor's possession* | | $ 1.00 |

Page __1__ of __3__

In re _Robin Wojcik_____ ,    Case No. _____
                    Debtor(s)                                            (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2000 Dodge Intrepid* *Location: In debtor's possession* | | $ 2,000.00 |

Page __2__ of __3__

In re **_Robin Wojcik_** , Case No. _____
_____
Debtor(s)                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 5,301.00 |

Page ___3___ of ___3___

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re  *Robin Wojcik* _____,   Case No. _____
  Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Checking: Morris Credit Union* | *735 ILCS 5/12-1001(b)* | *$ 100.00* | *$ 100.00* |
| *Savings: Morris Credit Union* | *735 ILCS 5/12-1001(b)* | *$ 200.00* | *$ 200.00* |
| *Misc used household goods and furnishings* | *735 ILCS 5/12-1001(b)* | *$ 2,000.00* | *$ 2,000.00* |
| *Misc used personal items, books and pictures* | *735 ILCS 5/12-1001(a)* | *$ 300.00* | *$ 300.00* |
| *Misc used personal clothing* | *735 ILCS 5/12-1001(a)* | *$ 600.00* | *$ 600.00* |
| *Life Insurance (Term Policy)* | *735 ILCS 5/12-1001(f)* | *$ 1.00* | *$ 1.00* |
| *2000 Dodge Intrepid* | *735 ILCS 5/12-1001(c)* | *$ 2,000.00* | *$ 2,000.00* |

B6D (Official Form 6D) (12/07)

In re _Robin Wojcik_____,        Case No._____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| Account No: | | | | | | | |
| | | Value: | | | | | |
| No continuation sheets attached | | | **Subtotal $** *(Total of this page)* | | | $ 0.00 | $ 0.00 |
| | | | **Total $** *(Use only on last page)* | | | $ 0.00 | $ 0.00 |
| | | | | | | *(Report also on Summary of Schedules.)* | *(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)* |

B6E (Official Form 6E) (12/07)

In re _Robin Wojcik_____,    Case No._____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Robin Wojcik_____ ,          Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   007<br>Creditor # : 1<br>ABC Dentistry<br>1000 Grand Canyon Parkway<br>Schaumburg IL 60194 | | 2005<br>Medical Bills | | | | | $ 125.00 |
| Account No:   6061<br>Creditor # : 2<br>Advocate Good Shepherd Hosp<br>Attn:  Patient Accounts<br>450 W. Highway 22<br>Barrington IL 60010 | | 2003-2009<br>Medical Bills | | | | | $ 410.00 |
| Account No:   8716<br>Creditor # : 3<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | 2003-2009<br>Medical Bills | | | | | $ 29.00 |
| Account No:   0377<br>Creditor # : 4<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | 1999-05<br>Medical Bills | | | | | $ 75.00 |

_33_ continuation sheets attached

Subtotal $      $ 639.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)    - Cont.

In re _Robin Wojcik_____,    Case No. _____
           **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    4538<br>Creditor # : 5<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 1999-05<br>Medical Bills | | | | $ 75.00 |
| Account No:    9510<br>Creditor # : 6<br>Alexian Bros Medical Ctr<br>Attn Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 1999-05<br>Medical Bills | | | | $ 75.00 |
| Account No:    2416<br>Creditor # : 7<br>Alexian Bros Medical Ctr<br>Attn:    Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 267.00 |
| Account No:    0089<br>Creditor # : 8<br>Alexian Bros Medical Ctr<br>Attn:    Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 489.00 |
| Account No:    8129<br>Creditor # : 9<br>Alexian Bros Medical Ctr<br>Attn:    Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 95.00 |
| Account No:    9315<br>Creditor # : 10<br>Alexian Bros Medical Ctr<br>Attn:    Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 65.00 |

Sheet No. _1_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,066.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,        Case No._____
        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5870<br>Creditor # : 11<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 65.00 |
| Account No:   5053<br>Creditor # : 12<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 80.00 |
| Account No:   0083<br>Creditor # : 13<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 11.00 |
| Account No:   1173<br>Creditor # : 14<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 27.00 |
| Account No:   6316<br>Creditor # : 15<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 79.00 |
| Account No:   4372<br>Creditor # : 16<br>Alexian Bros Medical Ctr<br>Attn:   Patient Accts<br>1555 Barrington Rd<br>Hoffman Estates IL 60194-000 | | | 2003-2009<br>Medical Bills | | | | $ 1,636.00 |

Sheet No. _2_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 1,898.00
**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,          Case No._____
         **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   A380<br>Creditor # : 17<br>Alexian Bros Medical Grp<br>Attn:  Patient Accts<br>PO BOX  843147<br>Boston MA 02284-3147 | | | 2003-2009<br>Medical Bills | | | | $ 11.00 |
| Account No:   5184<br>Creditor # : 18<br>Allied Data Corporation<br>RE:  Avon 2 M Grove<br>13111 Westheimer, Ste 400<br>Houston TX 77077-5547 | | | 2003-2009<br>Collection | | | | $ 90.00 |
| Account No:   2075<br>Creditor # : 19<br>Allied Interstate<br>RE:  AT&T<br>3200 Northline Ave.   #160<br>Greensboro NC 27408 | | | 2003-2009<br>Collection | | | | $ 107.00 |
| Account No:   6116<br>Creditor # : 20<br>Allied Interstate<br>RE:  Commonwealth Edison<br>3200 Northline Ave.   #160<br>Greensboro NC 27408 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6017<br>Creditor # : 21<br>Allstate Insurance<br>Attn: Premium Collection<br>PO BOX 3589<br>Akron OH 44309-3589 | | | 2003-2009<br>Insurance Premiums | | | | $ 146.00 |
| Account No:<br>Creditor # : 22<br>American Chartered Bank<br>Attn: Bankruptcy Dept<br>9561 W. 171st St<br>Tinley Park IL 60487 | | | 2009<br>Overdraft Account | | | | $ 500.00 |

Sheet No.   3   of   33   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 854.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,                    Case No._____
          **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8694<br>Creditor # : 23<br>American Collection Corp ACC<br>Acct: TCF National Bank<br>919 Estes Ct<br>Schaumburg IL 60193-4427 | | | 1999-05<br>Collection | | | | $ 113.00 |
| Account No:   7056<br>Creditor # : 24<br>American Family Insurance<br>Attn:   Collection Dept<br>6000 American Pky<br>Madison WI 53783-0001 | | | 2003-2009<br>Insurance Premiums | | | | $ 22.00 |
| Account No:   9214<br>Creditor # : 25<br>American Recovery System Inc.<br>RE:  Grabowski Surgical<br>1699 Wall St, #300<br>Mount Prospect IL 60056-5788 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   642<br>Creditor # : 26<br>Americash Loans<br>2509 W. Schaumburg RD<br>Schaumburg IL 60193 | | | 1999-05<br>Loan | | | | $ 3,418.00 |
| Account No:   0546<br>Creditor # : 27<br>Asset Acceptance Corp<br>Acct: SBC Illinois<br>PO Box 2041<br>Warren MI 48090-2041 | | | 2005<br>Notice to other location | | | | $ 0.00 |
| Account No:   0546<br>Creditor # : 28<br>Asset Acceptance Corp<br>Acct: SBC Illinois<br>PO Box 2036<br>Warren MI 48090-000 | | | 2005<br>Collection | | | | $ 553.00 |

Sheet No.   4   of    33  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,106.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Robin Wojcik_____,    Case No._____
         **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  4443<br>Creditor # : 29<br>Associates in Pediatrics<br>1015 Summit St<br>Elgin IL 60120-4302 | | | 2004-05<br>Medical Bills | | | | $ 15.00 |
| Account No:<br>Creditor # : 30<br>Bank of America NA<br>Attn Collection Bankruptcy Dpt<br>1 Tower Lane<br>Oak Brook Terrac IL 60181 | | | 2009<br>Overdraft Account | | | | $ 350.00 |
| Account No:  9396<br>Creditor # : 31<br>Barons Credit Service<br>Acct: RMK Orchard Village<br>155 Revere Dr  #9<br>Northbrook IL 60062-1558 | | | 2005<br>Collection | | | | $ 1,495.00 |
| Account No:  8901<br>Creditor # : 32<br>BMG Music<br>Attn Collection Dept<br>PO Box 1958<br>Indianapolis  IN 46291-0010 | | | 2004<br>Subscriptions | | | | $ 46.00 |
| Account No:  A380<br>Creditor # : 33<br>Bonaventure Medical Foundation<br>Attn: Patient Accounts<br>PO Box  843147<br>Boston  MA 02284-3147 | | | 2003-2009<br>Medical Bills | | | | $ 37.00 |
| Account No:  A380<br>Creditor # : 34<br>Bonaventure Medical Foundation<br>PO Box 843147<br>Boston MA 02284-3137 | | | 2004-05<br>Medical Bills | | | | $ 26.00 |

Sheet No. _5_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,969.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,      Case No._____
      **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 35 <br> Bowman, Heintz Boscia & Vician <br> Acct: Fairlane Credit <br> 8605 Broadway <br> Merrillville IN 46410-7033 | | | *2004* <br> *Notice to Collector* <br> *Cook County Suit 05 M1 122848* | | | | $ 0.00 |
| Account No: 7231 <br> Creditor # : 36 <br> BYL Collection Services, LLC <br> RE: TGL LLC Primes <br> 301 Lacy St <br> West Chester PA 19382 | | | *2003-2009* <br> *Collection* | | | | $ 1,698.00 |
| Account No: 9381 <br> Creditor # : 37 <br> Calvary Portfolio Svc <br> Acct: Sprint pCS <br> 7 Skyline Dr  3rd Floor <br> Hawthorne NY 10532 | | | *2004* <br> *Collection* | | | | $ 449.00 |
| Account No: 2523 <br> Creditor # : 38 <br> Capital One <br> Attn Bankruptcy Dept <br> PO Box 5155 <br> Norcross GA 30091-0000 | | | *2005* <br> *Notice to other location* | | | | $ 0.00 |
| Account No: 2523 <br> Creditor # : 39 <br> Capital One <br> Attn Bankruptcy Dept <br> PO Box 30285 <br> Salt Lake City UT 84130-0285 | | | *2004* <br> *Credit* | | | | $ 500.00 |
| Account No: 9487 <br> Creditor # : 40 <br> CBCS Collection <br> PO BOX  163250 <br> Columbus OH 43216-3250 | | | *2003-2009* <br> *Collection* | | | | $ 53.00 |

Sheet No. _6_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,700.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,                                    Case No._____
         **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7840<br>Creditor # : 41<br>CCB Credit Service<br>RE:  HSBC Bank<br>PO Box 272<br>Springfield IL 62705-0272 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9036<br>Creditor # : 42<br>Chase Receievables Collection<br>RE:  Target<br>1247 Broadway<br>Sonoma CA 95476 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   7000<br>Creditor # : 43<br>City of Morris<br>Attn:  Water Dept<br>320 Wauponsee St<br>Morris IL 60450 | | | 2003-2009<br>Water Bill | | | | $ 259.00 |
| Account No:   8064<br>Creditor # : 44<br>Collection Company of America<br>Acct: Bankruptcy Dept<br>700 Longwater Dr<br>Norwell MA 02061 | | | 2005<br>Collection on Medical Bills | | | | $ 554.00 |
| Account No:   4857<br>Creditor # : 45<br>Collection Company of America<br>RE:  AT&T<br>PO Box 806<br>Norwell MA 02061-0806 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:<br>Creditor # : 46<br>Comcast<br>Attn:  Bankruptcy Dept<br>PO BOX  3002<br>Southeastern PA 19398-3002 | | | 2003-2009<br>Notice to Other Location | | | | $ 0.00 |

Sheet No.   7  of   33  continuation sheets attached to Schedule of                          **Subtotal $**        $ 813.00
Creditors Holding Unsecured Nonpriority Claims                                                           **Total $**
                                                       (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                                       and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,                                    Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2790 <br> Creditor # : 47 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | | 2003-2009 <br> Cable Television | | | | $ 214.00 |
| Account No:   1849 <br> Creditor # : 48 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | | 2003-2009 <br> Cable Television | | | | $ 808.00 |
| Account No:   7002 <br> Creditor # : 49 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | | 2003-2009 <br> Cable Television | | | | $ 435.00 |
| Account No:   718 <br> Creditor # : 50 <br> Comcast <br> Attn:  Bankruptcy Dept <br> 1711 E. Wilson St <br> Batavia IL 60510-1470 | | | 2003-2009 <br> Cable Television | | | | $ 680.00 |
| Account No:   8105 <br> Creditor # : 51 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | | 2003-2009 <br> Utility Bills | | | | $ 2,033.00 |
| Account No:   2010 <br> Creditor # : 52 <br> Commonwealth Edison <br> Attn:  Bankruptcy Dept <br> 2100 Swift Drive <br> Oak Brook IL 60523-9644 | | | 2003-2009 <br> Utility Bills | | | | $ 448.00 |

Sheet No. _8_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 4,618.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ _____ ,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0033<br>Creditor # : 53<br>Commonwealth Edison<br>Attn Bankruptcy Dept<br>2100 Swift Rd<br>Oak Brook IL 60523 | | | 2007-09<br>Utility Bills<br>Acct: 2194140033 | | | | $ 2,000.00 |
| Account No:   3941<br>Creditor # : 54<br>Computer Credit Inc<br>Acct: St. Alexius Med Ctr<br>640 E. 4th St<br>Winston-Salem NC 27113-5328 | | | 2005<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6165<br>Creditor # : 55<br>Consolidated Public Services<br>Attn:   Collection Dept<br>121 S.17th Street<br>Mattoon   IL 61938-7202 | | | 2003-2009<br>Collection | | | | $ 93.00 |
| Account No:   3799<br>Creditor # : 56<br>Continental Finance Co, LLC<br>Attn:  Bankruptcy Dept<br>PO BOX  8099<br>Newark DE 19714-8099 | | | 2003-2009<br>Credit Card Purchases | | | | $ 540.00 |
| Account No:   7771<br>Creditor # : 57<br>Credit Collection Services<br>RE:  Allstate Insurance Co<br>Two Wells Avenue<br>Newton Center MA 02459 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8679<br>Creditor # : 58<br>Credit Collection Services<br>RE:  US Cellular<br>Two Wells Avenue<br>Newton Center MA 02459 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No.   9   of   33   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,633.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,    Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0342 <br> Creditor # : 59 <br> Credit Collection Services <br> RE:  Quest Diagnostics <br> Two Wells Avenue <br> Newton Center MA 02459 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    8233 <br> Creditor # : 60 <br> Credit Management <br> RE:  Comcast <br> 4200 International Pkwy <br> Carrollton ITX 75007-1906 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    4316 <br> Creditor # : 61 <br> Credit Management <br> RE:  WOW Internet <br> 4200 International Pkwy <br> Carrollton ITX 75007-1906 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    2412 <br> Creditor # : 62 <br> Credit Management <br> RE:  Comcast <br> 4200 International Pkwy <br> Carrollton ITX 75007-1906 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    2790 <br> Creditor # : 63 <br> Credit Protection Assoc <br> RE:  COMCAST <br> 13355 Noel Rd, Suite 2100 <br> Dallas TX 75240 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    7218 <br> Creditor # : 64 <br> Credit Protection Assoc <br> RE:  COMCAST <br> 13355 Noel Rd, Suite 2100 <br> Dallas TX 75240 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. _10_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,                                    Case No._____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8043 <br> Creditor # : 65 <br> Creditors Discount & Audit Co <br> RE: Epic/Morris Hosp <br> PO BOX 213 <br> Streator IL 61364-0213 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No: 7959 <br> Creditor # : 66 <br> D & B RMS <br> Acct: Prodigy Communication <br> 4836 Brecksville Rd <br> Richfield OH 44286 | | | 2005 <br> Collection | | | | $ 41.00 |
| Account No: 6065 <br> Creditor # : 67 <br> Dependon Collection <br> Acct: St Alexius Med Ctr <br> 7627 Lake St  #210 <br> River Forest IL 60305-1878 | | | 2005 <br> Collection | | | | $ 351.00 |
| Account No: 6065 <br> Creditor # : 68 <br> Dependon Collection <br> Acct: St. Alexius Med Ct <br> 7627 Lake St  #210 <br> River Forest IL 60305-1878 | | | 2005 <br> Collection | | | | $ 315.00 |
| Account No: 1943 <br> Creditor # : 69 <br> Epic Group S.C. <br> Attn:  Patient Accts <br> Slot 303125/PO BOX  66973 <br> Chicago IL 60666-0973 | | | 2003-2009 <br> Medical Bills | | | | $ 1,160.00 |
| Account No: 2993 <br> Creditor # : 70 <br> Epic Group S.C. <br> Attn:  Patient Accts <br> Slot 303125/PO BOX  66973 <br> Chicago IL 60666-0973 | | | 2003-2009 <br> Medical Bills | | | | $ 274.00 |

Sheet No. _11_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 2,141.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Robin Wojcik_____,   Case No._____
              **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5911 <br> Creditor # : 71 <br> ER Solutions <br> Acct: NIcor Services <br> PO Box 5730 <br> Hauppauge NY 11788-0154 | | | 2005 <br> Collection | | | | $ 32.00 |
| Account No:    7426 <br> Creditor # : 72 <br> Eye Boutique <br> 1760 W. Wise Rd <br> Schaumburg IL 60193 | | | 2004 <br> Credit | | | | $ 91.00 |
| Account No:    1085 <br> Creditor # : 73 <br> Fairlane/SST <br> Attn: Bankruptcy Dept <br> 4315 Pickett RD <br> Saint Joseph MO 64503-5524 | | | 2005 <br> Deficiency on Auto Loan | | | | $ 0.00 |
| Account No:    8265 <br> Creditor # : 74 <br> Fidelity National Credit Serv <br> RE:  AT&T <br> PO BOX  3051 <br> Orange CA 92857 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    4648 <br> Creditor # : 75 <br> First Premier Bank <br> Attn Bankruptcy Dept <br> PO Box 5524 <br> Sioux Falls  SD 57117-5524 | | | 2004 <br> Credit | | | | $ 500.00 |
| Account No:    1277 <br> Creditor # : 76 <br> First Revenue Assurance <br> RE:  Verizon <br> PO BOX  5818 <br> Denver CO 80217 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |

Sheet No. _12_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 623.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,   Case No._____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5222<br>Creditor # : 77<br>Fitness<br>Attn:  Bankruptcy Dept<br>1716 Locust St<br>Des Moines IA 50309-3023 | | | 2003-2009<br>Subscriptions | | | | $ 10.00 |
| Account No:   8861<br>Creditor # : 78<br>GC Services Collections<br>Acct: Publisher Clearinghouse<br>6330 Gulfton  #400<br>Houston TX 77081 | | | 2005<br>Collection | | | | $ 51.00 |
| Account No:<br>Creditor # : 79<br>George Nikolaon<br>209 Windsor St<br>Wood Dale IL 60191 | | | 2008-09<br>Former Landlord | | | | $ 4,000.00 |
| Account No:   MW01<br>Creditor # : 80<br>Grabowski Surgical Assoc<br>Attn:  Patient Accts<br>850 Biesterfield Rd, #3004<br>Elk Grove Villag IL 60007 | | | 2003-2009<br>Medical Bills | | | | $ 109.00 |
| Account No:   2400<br>Creditor # : 81<br>Grundy Radiologists, Inc.<br>Attn:  Patient Accts<br>PO BOX  5997, Dept 7014<br>Carol Stream IL 60197-5997 | | | 2003-2009<br>Medical Bills | | | | $ 617.00 |
| Account No:   5053<br>Creditor # : 82<br>Harris & Harris<br>RE:  St. Alexius Medical Ctr<br>222 Merchandise Mart,  #1900<br>Chicago IL 60654 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  _13_ of  _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 4,787.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,                                    Case No._____
              **Debtor(s)**                                                                 (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9298<br>Creditor # : 83<br>Harris & Harris<br>Acct:  Nicor Gas<br>600 W. Jackson Blvd  #400<br>Chicago IL 60661 | | | 2005<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6061<br>Creditor # : 84<br>Harris & Harris LTD<br>RE:  Advocate Good Shepherd<br>222 Merchandis Mart, #1900<br>Chicago IL 60654 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4371<br>Creditor # : 85<br>Harris & Harris LTD<br>RE: St. Alexius Med Ctr<br>222 Merchandise Mart, #1900<br>Chicago IL 60654 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2074<br>Creditor # : 86<br>HealthCare Centers/Morris Hosp<br>Attn:  Patient Accts<br>201 S. Wabena Ave, #C<br>Minooka IL 60447-8725 | | | 2003-2009<br>Medical Bills | | | | $ 146.00 |
| Account No:   6785<br>Creditor # : 87<br>HRRG<br>RE:  Prairie Emergency Service<br>PO BOX  189053<br>Plantation FL 33318-9053 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8063<br>Creditor # : 88<br>HSBC Card Orchard Bank<br>Attn:  Bankruptcy Dept<br>PO BOX  80084<br>Salinas CA 93912-0058 | | | 2004-05<br>Credit | | | | $ 800.00 |

Sheet No.  _14_ of  _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 946.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,      Case No._____
          **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   5555 *Creditor # : 89* *HSBC Card Services* *Attn:  Bankruptcy Dept* *PO BOX  80084* *Salinas CA 93912-0084* | | | *2003-2009* *Credit Card Purchases* | | | | $ 668.00 |
| Account No:   4555 *Creditor # : 90* *HSBC Card Services* *Attn:  Bankruptcy Dept* *PO BOX  5253* *Carol Stream IL 60197-5253* | | | *2003-2009* *Credit Card Purchases* | | | | $ 611.00 |
| Account No:   7415 *Creditor # : 91* *I. C. System Inc.* *RE:   eBay Inc.* *444 Highway 96 E, PO BOX 64887* *Saint Paul MN 55164-0887* | | | *2003-2009* *Collection* | | | | $ 106.00 |
| Account No:   7134 *Creditor # : 92* *I.C. Systems* *Acct: Illinois Insurance* *PO Box 64437* *St. Paul MN 55164-0437* | | | *2005* *Collection* | | | | $ 155.00 |
| Account No:   0512 *Creditor # : 93* *I.C. Systems* *Acct: Midwest Sport Medicine* *PO Box 64437* *St. Paul MN 55164-0437* | | | *2005* *Collection on Medical Bills* | | | | $ 209.00 |
| Account No:   8374 *Creditor # : 94* *Illinois Collection Service* *RE:  Bonaventure Medical Found* *PO BOX 1010* *Tinley Park IL 60477-9110* | | | *2003-2009* *Notice to Collector* | | | | $ 0.00 |

Sheet No. _15_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,749.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,        Case No._____
**Debtor(s)**                                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 95 <br> Illinois Dept Employ Security <br> Attn Benefit Payment-Bankrupt <br> PO Box 19286 <br> Springfield IL 62794-9286 | | | 2004 <br> Notice to other location | | | | $ 0.00 |
| Account No: <br> Creditor # : 96 <br> Illinois Dept Employ Security <br> Attn Benefit Payment-Bankrupt <br> PO Box 6996 <br> Chicago IL 60680 | | | 2004 <br> Overpayment of Benefits | | | | $ 200.00 |
| Account No:    7695 <br> Creditor # : 97 <br> IPC of Illinois <br> RE:  St. Alexius Med Ctr <br> PO Box 92934 <br> Los Angeles CA 90009 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    3962 <br> Creditor # : 98 <br> Island National Group <br> RE:  Publishers Clearing House <br> 6851 Jericho Turnpike, #180 <br> Syosset NY 11791 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:    9396 <br> Creditor # : 99 <br> Jay K. Levy & Associates <br> RE:  RMK/Orchard Village <br> 155 Revere Dr, Ste 2 <br> Northbrook IL 60062-1558 | | | 2003-2009 <br> Collection | | | | $ 1,658.00 |
| Account No: <br> Creditor # : 100 <br> Jerry Weller <br> 1250 Andrea Ct <br> Morris IL 60450 | | | 2008 <br> Former Landlord | | | | $ 5,000.00 |

Sheet No. __16__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ....... $ 6,858.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8044  *Creditor # : 101 Joliet Radiological Service Co Attn:  Patient Accts 36910 Treasury Ctr Chicago IL 60694-6900* | | | *2003-2009 Medical Bills* | | | | *$ 51.00* |
| Account No:   9818  *Creditor # : 102 Jostens Inc. Attn:  Merch Credit Cards 148 E. Broadway Owatonna MN 55060* | | | *2003-2009 Collection* | | | | *$ 331.00* |
| Account No:   3799  *Creditor # : 103 K.B. Merrill Assoc., LLC RE:  Continental Finance PO BOX  126 Forest Hill MD 21050-0126* | | | *2003-2009 Notice to Collector* | | | | *$ 0.00* |
| Account No:   381A  *Creditor # : 104 KCA Financial Services, Inc. RE:  Wellington Radiology PO BOX  53 Geneva IL 60134* | | | *2003-2009 Notice to Collector* | | | | *$ 0.00* |
| Account No:  *Creditor # : 105 Law Office A Kathleen Barauski RE: RMK Orchard Village 155 Revere Dr  #13 Northbrook IL 60062* | | | *2005 Collection Kane county Suir 05 SC 2443* | | | | *$ 1,469.00* |
| Account No:   2596  *Creditor # : 106 Lenox Collection PO Box 2010 Langhorne PA 19047* | | | *2005 Collection* | | | | *$ 215.00* |

Sheet No. __17__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   *$ 2,066.00*
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,          Case No._____

**Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3416<br>Creditor # : 107<br>Lenox Collections<br>PO Box 2010<br>Langhorne PA 19047 | | | 2005<br>Collection | | | | $ 87.00 |
| Account No:    0167<br>Creditor # : 108<br>Lenox Collections<br>PO Box 2010<br>Langhorne PA 19047 | | | 2005<br>Collection | | | | $ 112.00 |
| Account No:    0206<br>Creditor # : 109<br>Loyola Univ Phyisician Fdn<br>Attn: Patient Accts<br>2160 S. First Ave  Bldg 105<br>Maywood IL 60153 | | | 2005<br>Medical Bills | | | | $ 145.00 |
| Account No:    9904<br>Creditor # : 110<br>Malcolm Gerald & Associates<br>Acct: St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2005<br>Collection | | | | $ 525.00 |
| Account No:    9004<br>Creditor # : 111<br>Malcolm Gerald & Associates<br>Acct: St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2005<br>Collection | | | | $ 75.00 |
| Account No:    5870<br>Creditor # : 112<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _18_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                    $ 944.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8716<br>Creditor # : 113<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4538<br>Creditor # : 114<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4272<br>Creditor # : 115<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   4372<br>Creditor # : 116<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0377<br>Creditor # : 117<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   8129<br>Creditor # : 118<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave   #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _19_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,       Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9510<br>Creditor # : 119<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   5053<br>Creditor # : 120<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   9315<br>Creditor # : 121<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6286<br>Creditor # : 122<br>Malcolm S. Gerald & Assoc, Inc<br>RE:  St. Alexius Med Ctr<br>332 S. Michigan Ave  #600<br>Chicago IL 60604 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   6130<br>Creditor # : 123<br>MCI Phone<br>PO Box 17890<br>Denver CO 80217-0890 | | | 2004<br>Phone Service | | | | $ 117.00 |
| Account No:   7528<br>Creditor # : 124<br>MEA AEA LLC<br>900 Oakmont Lane  #200<br>Westmont  IL 60559-000 | | | 2005<br>Collection | | | | $ 81.00 |

Sheet No. _20_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 198.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,        Case No. _____
       **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9425<br>Creditor # : 125<br>MEA-AEA LLC<br>Attn:  Collections<br>PO BOX  4653,  Dept 4021<br>Oak Brook IL 60522-4653 | | | 2003-2009<br>Collection | | | | $ 88.00 |
| Account No:   9425<br>Creditor # : 126<br>MEA-AEA LLC<br>Attn:  Collections<br>PO BOX  4653,  Dept 4021<br>Oak Brook IL 60522-4653 | | | 2003-2009<br>Collection | | | | $ 642.00 |
| Account No:   3522<br>Creditor # : 127<br>MEA-AEA LLC<br>Attn:  Collections<br>PO BOX  4653,  Dept 4021<br>Oak Brook IL 60522-4653 | | | 2003-2009<br>Collection | | | | $ 373.00 |
| Account No:   3522<br>Creditor # : 128<br>MEA-AEA LLC<br>Attn:  Collections<br>PO BOX  4653,  Dept 4021<br>Oak Brook IL 60522-4653 | | | 2003-2009<br>Collection | | | | $ 118.00 |
| Account No:   5733<br>Creditor # : 129<br>Medical Business Bureau<br>RE:  TriCounty Emrg Phys<br>PO Box 1219<br>Park Ridge IL 60068-7219 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   1002<br>Creditor # : 130<br>Merchant Credit Guide<br>Acct: Radiological Consult<br>223 W. Jackson Blvd<br>Chicago IL 60606 | | | 2005<br>Collection | | | | $ 220.00 |

Sheet No. __21__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 1,441.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   9169<br>Midwest Diagnostic Pathology<br>Attn:  Patient Accts<br>75 Remittance Dr,  #3070<br>Chicago IL 60675-3070<br>*Creditor # : 131* | | | 2003-2009<br>Medical Bills | | | | $ 67.00 |
| Account No:   3639<br>Morris Community HS District<br>Attn:  Collections<br>1000 Union St<br>Morris IL 60450<br>*Creditor # : 132* | | | 2003-2009<br>Collection | | | | $ 50.00 |
| Account No:   7358<br>Morris HealthMart<br>Attn:  Patient Accts<br>2405 Sycamore Dr<br>Morris IL 60450<br>*Creditor # : 133* | | | 2003-2009<br>Medical Bills | | | | $ 47.00 |
| Account No:   6661<br>Morris Hospital<br>Attn:  Patient Accts<br>150 W High St<br>Morris IL 60450<br>*Creditor # : 134* | | | 2003-2009<br>Medical Bills | | | | $ 351.00 |
| Account No:   0069<br>Morris Hospital<br>Attn:  Patient Accts<br>150 W High St<br>Morris IL 60450<br>*Creditor # : 135* | | | 2003-2009<br>Medical Bills | | | | $ 1,805.00 |
| Account No:   9860<br>Morris Hospital<br>Attn:  Patient Accts<br>150 W High St<br>Morris IL 60450<br>*Creditor # : 136* | | | 2003-2009<br>Medical Bills | | | | $ 115.00 |

Sheet No. _22_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 2,435.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Robin Wojcik_____ ,                    Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 8726<br>Creditor # : 137<br>Morris Hospital<br>Attn: Patient Accts<br>150 W High St<br>Morris IL 60450 | | | 2003-2009<br>Medical Bills | | | | $ 7,533.00 |
| Account No: 8601<br>Creditor # : 138<br>Morris Hospital<br>Attn: Patient Accts<br>150 W High St<br>Morris IL 60450 | | | 2003-2009<br>Medical Bills | | | | $ 1,321.00 |
| Account No: 5003<br>Creditor # : 139<br>Morris Hospital<br>Attn: Patient Accts<br>150 W High St<br>Morris IL 60450 | | | 2003-2009<br>Medical Bills | | | | $ 351.00 |
| Account No: 1063<br>Creditor # : 140<br>Morris Hospital<br>Attn: Patient Accts<br>150 W High St<br>Morris IL 60450 | | | 2003-2009<br>Medical Bills | | | | $ 1,142.00 |
| Account No: 5788<br>Creditor # : 141<br>MSN<br>PO Box 280308<br>East Hartford CT 06128-0308 | | | 2005<br>Subscription-Memebership | | | | $ 492.00 |
| Account No: 4611<br>Creditor # : 142<br>Music & ARts<br>Attn: Collections<br>4626 Wedgewood Blvd<br>Frederick MD 21703 | | | 2003-2009<br>Collection | | | | $ 2,232.00 |

Sheet No. _23_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 13,071.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Robin Wojcik_____,     Case No._____
        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3605<br>Creditor # : 143<br>N.W. Associates Womens Health<br>Attn:  Patient Accts<br>1786 Moon Lake Blvd  #207<br>Hoffman Estates IL 60169-1067 | | | 2003-2009<br>Medical Bills | | | | $ 315.00 |
| Account No:   8887<br>Creditor # : 144<br>Nationwide Credit Corp<br>Acct: DirecTV<br>2015 Vaughn Road N.W #300<br>Kennesaw GA 30144-7802 | | | 2005<br>Collection | | | | $ 78.00 |
| Account No:   7677<br>Creditor # : 145<br>NCO Collections<br>Acct: Commwealth Edison<br>PO Box 41466<br>Philadelphia PA 19101-0000 | | | 2005<br>Collection | | | | $ 360.00 |
| Account No:   8567<br>Creditor # : 146<br>NCO Financial Systems<br>Acct: MCI<br>507 Prudential Rd<br>Horsham PA 19044 | | | 2005<br>Collection | | | | $ 117.00 |
| Account No:   1955<br>Creditor # : 147<br>NCO Financial Systems Inc.<br>RE:  IPC<br>2360 Campbell Creek,  #500<br>Richardson TX 75082 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   2010<br>Creditor # : 148<br>NCO Financial Systems Inc.<br>RE:  Commonwealth Edison<br>507 Prudential Road<br>Horsham PA 19044 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No.  _24_ of  _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 870.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,   Case No._____
        **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 149<br>Neopath, S.C.<br>Attn:  Patient Accts<br>520 E. 22nd Street<br>Lombard IL 60148 | | | *2003-2009*<br>*Medical Bills* | | | | $ 300.00 |
| Account No:   7171<br>Creditor # : 150<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | | *2003-2009*<br>*Utility Bills* | | | | $ 698.00 |
| Account No:   8026<br>Creditor # : 151<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | | *2007-09*<br>*Utility Bills*<br>*Acct: 83-31-58-28026* | | | | $ 1,391.00 |
| Account No:   5616<br>Creditor # : 152<br>NICOR Gas<br>Attn: Bankruptcy Dept<br>1844 W. Ferry Road<br>Naperville IL 60563-9662 | | | *2003-2009*<br>*Utility Bills* | | | | $ 1,090.00 |
| Account No:   8026<br>Creditor # : 153<br>Nicor Gas<br>Attn Bankruptcy Dept<br>PO Box 549<br>Aurora IL 60507-0000 | | | *2008-09*<br>*Notice to other location*<br>*Acct 83 31 58 2802 6* | | | | $ 0.00 |
| Account No:   9140<br>Creditor # : 154<br>North Shore Agency<br>RE:  Publishers Clearing Hse<br>751 Summa Ave<br>Westbury NY 11590 | | | *2003-2009*<br>*Notice to Collector* | | | | $ 0.00 |

Sheet No. __25__ of __33__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 3,479.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re  Robin Wojcik                              ,          Case No. _____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **4801**<br>*Creditor # : 155*<br>*North Shore Agency*<br>*Acct: BMG Music*<br>*751 Summa Ave*<br>*Westbury NY 11590* | | | *2005*<br>*Collection* | | | | *$ 50.00* |
| Account No: **0197**<br>*Creditor # : 156*<br>*Northwest Suburban Driving Sch*<br>*Attn:  Collections*<br>*101 N. Main St*<br>*Crystal Lake IL 60014* | | | *2003-2009*<br>*Collection* | | | | *$ 450.00* |
| Account No: **9044**<br>*Creditor # : 157*<br>*Pellettieri & Associates*<br>*RE:  Midwest Emergency Assoc*<br>*991 Oak Creek Dr*<br>*Lombard IL 60148* | | | *2003-2009*<br>*Collection on Medical Bills* | | | | *$ 190.00* |
| Account No: **RW51**<br>*Creditor # : 158*<br>*PHillip Cacioppa  Md, SC*<br>*Attn:  Patient Accounts*<br>*810 Biesterfield Rd, #202*<br>*Elk Grove Villag IL 60007* | | | *2003-2009*<br>*Medical Bills* | | | | *$ 30.00* |
| Account No: **9901**<br>*Creditor # : 159*<br>*Prairie Emergency Phys*<br>*Attn:  Bankruptcy Dept*<br>*PO BOX  189016*<br>*Plantation  FL 33318-9016* | | | *2003-2009*<br>*Medical Bills* | | | | *$ 450.00* |
| Account No: **4047**<br>*Creditor # : 160*<br>*Proactive*<br>*Attn:  Collections*<br>*PO BOX  11448*<br>*Des Moines IA 50336-1448* | | | *2003-2009*<br>*Collection* | | | | *$ 46.00* |

Sheet No. **26** of **33** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      **$ 1,216.00**
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_ ,   Case No._____
                **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6130 <br> Creditor # : 161 <br> Progressive Management System <br> Acct: MCI <br> PO Box 2220 <br> West Covina CA 91793-9917 | | | 2005 <br> Collection | | | | $ 0.00 |
| Account No:   8909 <br> Creditor # : 162 <br> Publishers Clearing House <br> Attn:  Bankruptcy Dept <br> PO BOX  26302 <br> Lehigh Valley PA 18002-6302 | | | 2003-2009 <br> Subscriptions | | | | $ 47.00 |
| Account No:   1795 <br> Creditor # : 163 <br> Puzzlemania <br> Attn:  Collections <br> PO BOX  4002862 <br> Des Moines IA 50340-2862 | | | 2003-2009 <br> Subscriptions | | | | $ 19.00 |
| Account No:   6231 <br> Creditor # : 164 <br> Quest Diagnostic <br> Attn:  Patient Billing <br> 1355 Mittel Blvd <br> Wood Dale IL 60191-1024 | | | 2003-2009 <br> Medical Bills | | | | $ 160.00 |
| Account No:   566C <br> Creditor # : 165 <br> Radiological Consult Woodstock <br> Attn:  Patient Accts <br> 9410 Compubill Dr <br> Orland Park IL 60462 | | | 2003-2009 <br> Medical Bills | | | | $ 35.00 |
| Account No:   121A <br> Creditor # : 166 <br> Radiological Consult Woodstock <br> Attn:  Patient Accts <br> 36311 Treasury Ctr <br> Chicago IL 60694-6300 | | | 2003-2009 <br> Medical Bills | | | | $ 118.00 |

Sheet No. _27_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                 $ 379.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2349<br>Creditor # : 167<br>Receivable Management Services<br>RE:  Veolia Environmental<br>PO BOX  523<br>Richfield OH 44286 | | | 2003-2009<br>Collection | | | | $ 90.00 |
| Account No:   7045<br>Creditor # : 168<br>Receivables Performance Mgt<br>RE:  Nicor Gas<br>20816 44th Ave W<br>Lynnwood WA 98036 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   7843<br>Creditor # : 169<br>Retrieval Masters Creditors Bu<br>RE:  Scholastic<br>2269 S. Saw Mill River Rd, #3<br>Elmsford NY 10523 | | | 2003-2009<br>Subscriptions | | | | $ 57.00 |
| Account No:   2416<br>Creditor # : 170<br>Revenue Cycle Solutions RCS<br>RE:  St. Alexius<br>PO BOX  1022<br>Wixom MI 48393-1022 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 267.00 |
| Account No:   8129<br>Creditor # : 171<br>Revenue Cycle Solutions RCS<br>RE: St. Alexius<br>PO BOX  1022<br>Wixom MI 48393-1022 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 95.00 |
| Account No:   5053<br>Creditor # : 172<br>Revenue Cycle Solutions RCS<br>RE:  St. Alexius<br>PO BOX  1022<br>Wixom MI 48393-1022 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |

Sheet No. _28_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 509.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,     Case No._____
**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4372<br>Creditor # : 173<br>Revenue Cycle Solutions RCS<br>RE:  St. Alexius<br>PO BOX  1022<br>Wixom MI 48393-1022 | | | 2003-2009<br>Notice to Collector | | | | $ 0.00 |
| Account No:   0089<br>Creditor # : 174<br>Revenue Cycle Solutions RCS<br>RE:  St. Alexius<br>PO BOX  1022<br>Wixom MI 48393-1022 | | | 2003-2009<br>Collection on Medical Bills | | | | $ 490.00 |
| Account No:   1000<br>Creditor # : 175<br>Risk Managaement Alternative<br>Acct: AT&T Wireless<br>13330 Broadway  #310<br>Oakland CA 94612 | | | 2005<br>Collection | | | | $ 887.00 |
| Account No:   2969<br>Creditor # : 176<br>RJM Acquisitions Funding LLC<br>RE:  Fingerhut<br>575 Underhill Blvd, #224<br>Syosset NY 11791-3416 | | | 2003-2009<br>Collection | | | | $ 181.00 |
| Account No:   0001<br>Creditor # : 177<br>Road Loans<br>Attn: Bankruptcy Dept<br>PO Box 4559<br>Huntington Beach CA 92605-4459 | | | 2008<br>Notice to other location | | | | $ 0.00 |
| Account No:   0001<br>Creditor # : 178<br>Road Loans<br>Division of Triad Financial<br>7711 Center Ave, Suite 100<br>Huntington Beach CA 92647-3069 | | | 2008-09<br>Deficiency on Auto Loan | | | | $ 9,000.00 |

Sheet No. _29_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 10,558.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____,   Case No._____
            **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6505 Creditor # : 179 Salvatore Spinelli Acct: Hartcourt Learning CS 9018 Melville NY 11747 | | | 2005 Collection | | | | $ 488.00 |
| Account No: Creditor # : 180 Sean Morrissey PO Box 1295 Aurora IL 60507 | | | 2006 Former Landlord | | | | $ 3,180.00 |
| Account No: Creditor # : 181 Serta Mattress Co RE:  Benefits Analysis 5401 Trillium Blvd, #250 Hoffman Estates IL 60192 | | | 2003-2009 Collection | | | | $ 89.00 |
| Account No:   0671 Creditor # : 182 Shaffer & Associates RE:  Trumpet Club 101 S 5th Street,  #100 Columbia MO 65201 | | | 2003-2009 Collection | | | | $ 35.00 |
| Account No: Creditor # : 183 Shape Express Women 325 S. Barrington RD Schaumburg IL 60193 | | | 2005 Membership | | | | $ 345.00 |
| Account No:   2585 Creditor # : 184 Streamwood Family Dental Attn:  Patient Accts 403 W. Irving Park Rd Streamwood IL 60107 | | | 2003-2009 Dental Bills | | | | $ 27.00 |

Sheet No. _30_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 4,164.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,      Case No._____

**Debtor(s)**                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1728 <br> Creditor # : 185 <br> Target Financial Services <br> Attn:  Bankruptcy Dept <br> Mail Stop 3C-K, PO BOX  9475 <br> Minneapolis MN 55440 | | | 2003-2009 <br> Credit Card Purchases | | | | $ 808.00 |
| Account No:   8977 <br> Creditor # : 186 <br> T-Mobile <br> Attn Collection Dept <br> PO Box 742596 <br> Cincinnati OH 45374-2596 | | | 2004-06 <br> Phone Service | | | | $ 170.00 |
| Account No:   9335 <br> Creditor # : 187 <br> Transworld Systems Inc. <br> RE:  Avon Products <br> 9525 Sweet Valley Dr <br> Valley View OH 44125 | | | 2003-2009 <br> Collection | | | | $ 90.00 |
| Account No:   3981 <br> Creditor # : 188 <br> Transworld Systems Inc. <br> RE:  Music & Arts Centers <br> 10 New England Business Ctr Dr <br> Andover MA 01810 | | | 2003-2009 <br> Notice to Collector | | | | $ 0.00 |
| Account No:   4858 <br> Creditor # : 189 <br> Tribute <br> Attn:  Bankruptcy Dept <br> PO BOX  105555 <br> Atlanta GA 30348-5555 | | | 2003-2009 <br> Credit Card Purchases | | | | $ 913.00 |
| Account No:   6061 <br> Creditor # : 190 <br> Tri-County Emergency Physician <br> Attn:  Patient Accounts <br> PO Box  369 <br> Barrington IL 60010 | | | 2003-2009 <br> Medical Bills | | | | $ 580.00 |

Sheet No. _31_ of _33_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 2,561.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,            Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1933<br>Creditor # : 191<br>U.S. Cellular<br>Attn:  Write Off Department<br>PO BOX  7835<br>Madison WI 53707-7835 | | | 2003-2009<br>Cellular Telephone | | | | $ 157.00 |
| Account No:   3109<br>Creditor # : 192<br>Ultimate Spy Club<br>Attn:  Collections<br>2931 East McCarty St<br>Jefferson City MO 65101 | | | 2003-2009<br>Subscriptions | | | | $ 53.00 |
| Account No:   4602<br>Creditor # : 193<br>Venessa L. Hartman<br>Acct: ClearCheck Inc<br>135 Interstate Blvd #1<br>Greenville SC 29615 | | | 2005<br>Collection | | | | $ 55.00 |
| Account No:   2349<br>Creditor # : 194<br>Veolia Environmental Services<br>Attn:  Collections<br>8246 Innovation Way<br>Chicago IL 60682-0082 | | | 2003-2009<br>Garbage Collection | | | | $ 73.00 |
| Account No:   0001<br>Creditor # : 195<br>Verizon Wireless<br>Attn:  Bankruptcy Dept<br>26935 Northwestern Hwy  #100<br>Southfield MI 48033 | | | 2003-2009<br>Cellular Telephone | | | | $ 1,690.00 |
| Account No:   2508<br>Creditor # : 196<br>Village of Bartlett<br>Attn: Water-Sewer Collection<br>228 . Main St<br>Bartlett IL 60103-4495 | | | 2005<br>Utility Bills | | | | $ 138.00 |

Sheet No. _32_ of _33_ continuation sheets attached to Schedule of                          **Subtotal $**       $ 2,166.00
Creditors Holding Unsecured Nonpriority Claims                                                      **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robin Wojcik_____ ,   Case No._____
        **Debtor(s)**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6640 Creditor # : 197 Village of Hanover Park Attn Water-Sewer Collection 2121 W. Lake St Hanover Park IL 60133-4398 | | | 2005 Utility Bills | | | | $ 115.00 |
| Account No:   381A Creditor # : 198 Wellington Radiology Group Attn:  Patient Accounts 9410 Compubill Dr Orland Park IL 60462 | | | 2003-2009 Medical Bills | | | | $ 452.00 |
| Account No:   4614 Creditor # : 199 West Asset Management RE:  Bank of America PO BOX  105761 Atlanta GA 30348-5761 | | | 2003-2009 Collection | | | | $ 366.00 |
| Account No:   8265 Creditor # : 200 West Asset Management RE:  AT&T 7820 E Broadway Bvld, #200 Tucson AZ 85710 | | | 2003-2009 Notice to Collector | | | | $ 0.00 |
| Account No:   985 Creditor # : 201 WOW Cable Attn:   Bankruptcy Dept PO Box 5715 Carol Stream  IL 60197-5715 | | | 2003-2009 Cable Television | | | | $ 131.00 |
| Account No: | | | | | | | |

Sheet No.   33   of   33  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 1,064.00

**Total $**   $ 85,521.00

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

In re _Robin Wojcik_____ / Debtor      Case No. _____
                                                                          (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re *Robin Wojcik* _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Robin Wojcik* _____ ,     Case No. _____

**Debtor(s)**                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: *Separated* | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *son* *daughter* | AGE(S): *11yr* *17 yr* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): *Unemployment Compensation* | $ 2,325.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): *Child support* | $ 300.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 2,625.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ 2,625.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,625.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

**In re** _Robin Wojcik_ _____,      **Case No.** _____

               **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,300.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 150.00 |
|         b. Water and sewer | $ | 0.00 |
|         c. Telephone | $ | 0.00 |
|         d. Other  _Cell phone_ | $ | 60.00 |
|         Other  _Internet & Cable_ | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 60.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 85.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 100.00 |
|     e. Other | $ | 0.00 |
|       Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: _Auto repair, license, sticker_ | $ | 60.00 |
|      | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: _Personal care items & grooming_ | $ | 30.00 |
|     Other: _Newspapers, subscription misc_ | $ | 20.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 2,595.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 2,625.00 |
|     b. Average monthly expenses from Line 18 above | $ | 2,595.00 |
|     c. Monthly net income (a. minus b.) | $ | 30.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Robin Wojcik*

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $      5,301.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $          0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *34* | | $      85,521.00 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,625.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      2,595.00 |
| TOTAL | | *45* | $      5,301.00 | $      85,521.00 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Robin Wojcik*

Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *0.00* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *0.00* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *2,625.00* |
| Average Expenses (from Schedule J, Line 18) | $ *2,595.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *2,625.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *85,521.00* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *85,521.00* |

In re _Robin Wojcik_ _____    Case No. _____

_____ Debtor                                   (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___46___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _7/27/2009_ _____        Signature _/s/ Robin Wojcik_ _____
                                                                  _Robin Wojcik_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:*Robin Wojcik*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

Year to date:*$1,000.00*                        *2009 Wages from employment*
    Last Year:*$31,364.00*                      *2008 Same*
Year before:*$52,998.00*                        *2007 Same*

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                SOURCE

Year to date:*$16,000.00 appr*                  *2009 Unemployment compensation*
    Last Year:*$16,000.00*                      *2008 Unemployment compensation*

| AMOUNT | SOURCE |
|---|---|
| *Year before:$4,482.00* | *2007 IRA Distribution* |

### 3. Payments to creditors

None ☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Fairlane Credit vs. Robin Wojcik* | *Collection* | *Cook County Circuit Court* | *Judgment and garnishment order issued.* |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Fairlane Credit Address: See Creditor Schedule F* | *2009* | *Description: Funds from debtor pay check Value:$* |

### 5. Repossessions, foreclosures and returns

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☒  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| *Payee: Richard S. Bass* *Address:* *2021 Midwest Road* *Oak Brook, IL 60521* | *Date of Payment:* *Payor: Robin Wojcik* | *$600.00* |

## 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married

debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None

☐

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtor: Robin Wojcik*<br>*Address: 1250 Andrea Ct*<br>*Morris IL* | *Name(s): Same as petition* | *2007-2008* |
| *Debtor: Robin Wojcik*<br>*Address: 28 Barberry*<br>*Crystal Lake IL:* | *Name(s): Same as on petition* | *2006-2007* |

---

### 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

Statement of Affairs - Page 4

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒        b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒        c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☒        a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None
☒        b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.   A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None
☒        a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *07/27/2009*          Signature   */s/ Robin Wojcik*
                             of Debtor

Date  _____           Signature   _____
                             of Joint Debtor
                             (if any)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Robin Wojcik*                                    Case No.
                                                         Chapter  **7**


_____ / Debtor


## CHAPTER 7 STATEMENT OF INTENTION

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes      ☐ No |

### Signature of Debtor(s)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  *07/27/2009*                    Debtor:  */s/ Robin Wojcik*

Date:  _____              Joint Debtor:  _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Robin Wojcik*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Richard S. Bass*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *600.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *600.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $_____*299.00*_____of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *07/27/2009*                    Respectfully submitted,


                          X */s/ Richard S. Bass*_____
          Attorney for Petitioner: *Richard S. Bass*
                          *Law Office of Richard S. Bass LTD*
                          *2021 Midwest Road*
                          *Oak Brook IL  60521*

                          *630-953-8655*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Robin Wojcik*

Case No.
Chapter  **7**

_____ / Debtor

Attorney for Debtor:   **Richard S. Bass**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *07/27/2009*

*/s/ Robin Wojcik*
Debtor

ABC Dept Stores
1000 Grand Canyon Parkway
Schaumburg, IL  60194

Advocate Good Shepherd Hosp
Attn:  Patient Accounts
450 W. Highway 22
Barrington, IL  60010

Alexian Bros Medical Ctr
Attn Patient Accts
1555 Barrington Rd
Hoffman Estates, IL  60194-000

Alexian Bros Medical Ctr
Attn:   Patient Accts
1555 Barrington Rd
Hoffman Estates, IL  60194-000

Alexian Bros Medical Grp
Attn:  Patient Accts
PO BOX  843147
Boston, MA  02284-3147

Allied Data Corporation
RE:  Avon 2 M Grove
13111 Westheimer, Ste 400
Houston, TX  77077-5547

Allied Interstate
RE:  AT&T
3200 Northline Ave.  #160
Greensboro, NC  27408

Allied Interstate
RE:  Commonwealth Edison
3200 Northline Ave.  #160
Greensboro, NC  27408

Allstate Insurance
Attn: Premium Collection
PO BOX 3589
Akron, OH  44309-3589

American Chartered Bank
Attn: Bankruptcy Dept
9561 W. 171st St
Tinley Park, IL  60487

American Collection Corp ACC
Acct: TCF National Bank
919 Estes Ct
Schaumburg, IL  60193-4427

American Family Insurance
Attn:   Collection Dept
6000 American Pky
Madison, WI  53783-0001

American Century Ass.. Tier
RE:  Grabowski Surgical
1699 Wall St, #300
Mount Prospect, IL  60056-5788

Americash Loans
2509 W. Schaumburg RD
Schaumburg, IL  60193

Asset Acceptance Corp
Acct: SBC Illinois
PO Box 2041
Warren, MI  48090-2041

Asset Acceptance Corp
Acct: SBC Illinois
PO Box 2036
Warren, MI  48090-000

Associates in Pediatrics
1015 Summit St
Elgin, IL  60120-4302

Bank of America NA
Attn Collection Bankruptcy Dpt
1 Tower Lane
Oak Brook Terrac, IL  60181

Barons Credit Service
Acct: RMK Orchard Village
155 Revere Dr  #9
Northbrook, IL  60062-1558

BMG Music
Attn Collection Dept
PO Box 1958
Indianapolis , IN  46291-0010

Bonaventure Medical Foundation
PO Box 843147
Boston, MA  02284-3137

Bonaventure Medical Foundation
Attn: Patient Accounts
PO Box  843147
Boston , MA  02284-3147

Bowman, Heintz Boscia & Vician
Acct: Fairlane Credit
8605 Broadway
Merrillville, IN  46410-7033

BYL Collection Services, LLC
RE:  TGL LLC Primes
301 Lacy St
West Chester, PA  19382

Calvary Portfolio Svc
Acct: Sprint pCS
7 Skyline Dr  3rd Floor
Hawthorne, NY  10532

Capital One
Attn Bankruptcy Dept
PO Box 5155
Norcross, GA  30091-0000

Capital One
Attn Bankruptcy Dept
PO Box 30285
Salt Lake City, UT  84130-0285

CBCS Collection
PO BOX  163250
Columbus, OH  43216-3250

CCB Credit Service
RE:  HSBC Bank
PO Box 272
Springfield, IL  62705-0272

Chase Receievables Collection
RE:  Target
1247 Broadway
Sonoma, CA  95476

City of Morris
Attn:  Water Dept
320 Wauponsee St
Morris, IL  60450

Collection Company of America
Acct: Bankruptcy Dept
700 Longwater Dr
Norwell, MA  02061

Collection Company of America
RE:  AT&T
PO Box 806
Norwell, MA  02061-0806

Comcast
Attn:  Bankruptcy Dept
PO BOX  3002
Southeastern, PA  19398-3002

Comcast
Attn:  Bankruptcy Dept
1711 E. Wilson St
Batavia, IL  60510-1470

Commonwealth Edison
Attn:  Bankruptcy Dept
2100 Swift Drive
Oak Brook, IL  60523-9644

Commonwealth Edison
Attn Bankruptcy Dept
2100 Swift Rd
Oak Brook, IL  60523

Computer Credit Inc
Acct: St. Alexius Med Ctr
640 E. 4th St
Winston-Salem, NC  27113-5328

Consolidated Public Services
Attn:  Collection Dept
121 S.17th Street
Mattoon , IL  61938-7202

Continental Finance Co, LLC
Attn:  Bankruptcy Dept
PO BOX  8099
Newark, DE  19714-8099

Credit Collection Services
RE:  US Cellular
Two Wells Avenue
Newton Center, MA  02459

Credit Collection Services
RE:  Allstate Insurance Co
Two Wells Avenue
Newton Center, MA  02459

Credit Collection Services
RE:  Quest Diagnostics
Two Wells Avenue
Newton Center, MA  02459

Credit Management
RE:  Comcast
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Management
RE:  WOW Internet
4200 International Pkwy
Carrollton, ITX  75007-1906

Credit Protection Assoc
RE:  COMCAST
13355 Noel Rd, Suite 2100
Dallas, TX  75240

Creditors Discount & Audit Co
RE:  Epic/Morris Hosp
PO BOX  213
Streator, IL  61364-0213

D & B RMS
Acct: Prodigy Communication
4836 Brecksville Rd
Richfield, OH  44286

Dependon Collection
Acct: St Alexius Med Ctr
7627 Lake St  #210
River Forest, IL  60305-1878

Dependon Collections
Acct: St. Alexius Med Ct
7627 Lake St  #210
River Forest, IL  60305-1878

Epic Group S.C.
Attn:  Patient Accts
Slot 303125/PO BOX  66973
Chicago, IL  60666-0973

ER Solutions
Acct: NIcor Services
PO Box 5730
Hauppauge, NY  11788-0154

Eye Boutique
1760 W. Wise Rd
Schaumburg, IL  60193

Fairlane/SST
Attn: Bankruptcy Dept
4315 Pickett RD
Saint Joseph, MO  64503-5524

Fidelity National Credit Serv
RE:  AT&T
PO BOX  3051
Orange, CA  92857

First Premier Bank
Attn Bankruptcy Dept
PO Box 5524
Sioux Falls , SD  57117-5524

First Revenue Assurance
RE:  Verizon
PO BOX  5818
Denver, CO  80217

Fitness
Attn:  Bankruptcy Dept
1716 Locust St
Des Moines, IA  50309-3023

GC Services Collections
Acct: Publisher Clearinghouse
6330 Gulfton  #400
Houston, TX  77081

George Nikolaon
209 Windsor St
Wood Dale, IL  60191

Grabowski Surgical Assoc
Attn:  Patient Accts
850 Biesterfield Rd, #3004
Elk Grove Villag, IL  60007

Grundy Radiologist Assoc S/C
Attn:  Patient Accts
PO BOX  5997, Dept 7014
Carol Stream, IL  60197-5997

Harris & Harris
Acct:  Nicor Gas
600 W. Jackson Blvd  #400
Chicago, IL  60661

Harris & Harris
RE:  St. Alexius Medical Ctr
222 Merchandise Mart,  #1900
Chicago, IL  60654

Harris & Harris LTD
RE:  Advocate Good Shepherd
222 Merchandis Mart, #1900
Chicago, IL  60654

Harris & Harris LTD
RE: St. Alexius Med Ctr
222 Merchandise Mart, #1900
Chicago, IL  60654

HealthCare Centers/Morris Hosp
Attn:  Patient Accts
201 S. Wabena Ave, #C
Minooka, IL  60447-8725

HRRG
RE:  Prairie Emergency Service
PO BOX  189053
Plantation, FL  33318-9053

HSBC Card Orchard Bank
Attn:  Bankruptcy Dept
PO BOX  80084
Salinas, CA  93912-0058

HSBC Card Services
Attn:  Bankruptcy Dept
PO BOX  80084
Salinas, CA  93912-0084

HSBC Card Services
Attn:  Bankruptcy Dept
PO BOX  5253
Carol Stream, IL  60197-5253

I. C. System Inc.
RE:   eBay Inc.
444 Highway 96 E, PO BOX 64887
Saint Paul, MN  55164-0887

I.C. Systems
Acct: Illinois Insurance
PO Box 64437
St. Paul, MN  55164-0437

I.C. Systems

Acct: Midwest Sport Medicine
PO Box 64437
St. Paul, MN  55164-0437

Illinois Collection Service
RE:  Bonaventure Medical Found
PO BOX 1010
Tinley Park, IL  60477-9110

Illinois Dept Employ Security
Attn Benefit Payment-Bankrupt
PO Box 19286
Springfield, IL  62794-9286

Illinois Dept Employ Security
Attn Benefit Payment-Bankrupt
PO Box 6996
Chicago, IL  60680

IPC of Illinois
RE:  St. Alexius Med Ctr
PO Box 92934
Los Angeles, CA  90009

Island National Group
RE:  Publishers Clearing House
6851 Jericho Turnpike, #180
Syosset, NY  11791

Jay K. Levy & Associates
RE:  RMK/Orchard Village
155 Revere Dr, Ste 2
Northbrook, IL  60062-1558

Jerry Weller
1250 Andrea Ct
Morris, IL  60450

Joliet Radiological Service Co
Attn:  Patient Accts
36910 Treasury Ctr
Chicago, IL  60694-6900

Jostens Inc.
Attn:  Merch Credit Cards
148 E. Broadway
Owatonna, MN  55060

K.B. Merrill Assoc., LLC
RE:  Continental Finance
PO BOX  126
Forest Hill, MD  21050-0126

KCA Financial Services, Inc.
RE:  Wellington Radiology
PO BOX  53
Geneva, IL  60134

Law Offices of Kathleen Zaprusky
RE: RMK Orchard Village
155 Revere Dr  #13
Northbrook, IL  60062

Lenox Collection
PO Box 2010
Langhorne, PA  19047

Lenox Collections
PO Box 2010
Langhorne, PA  19047

Loyola Univ Phyisician Fdn
Attn: Patient Accts
2160 S. First Ave  Bldg 105
Maywood, IL  60153

Malcolm Gerald & Associates
Acct: St. Alexius Med Ctr
332 S. Michigan Ave  #600
Chicago, IL  60604

Malcolm S. Gerald & Assoc, Inc
RE:  St. Alexius Med Ctr
332 S. Michigan Ave  #600
Chicago, IL  60604

MCI Phone
PO Box 17890
Denver, CO  80217-0890

MEA AEA LLC
900 Oakmont Lane  #200
Westmont , IL  60559-000

MEA-AEA LLC
Attn:  Collections
PO BOX  4653,  Dept 4021
Oak Brook, IL  60522-4653

Medical Business Bureau
RE:  TriCounty Emrg Phys
PO Box 1219
Park Ridge, IL  60068-7219

Merchant Credit Guide
Acct: Radiological Consult
223 W. Jackson Blvd
Chicago, IL  60606

Midwest Diagnostic Pathology
Attn:  Patient Accts
75 Remittance Dr,  #3070
Chicago, IL  60675-3070

Morris Community HS District
Attn:  Collections
1000 Union St
Morris, IL  60450

Morris Rec Mart
Attn:  Patient Accts
2405 Sycamore Dr
Morris, IL  60450

Morris Hospital
Attn:  Patient Accts
150 W High St
Morris, IL  60450

MSN
PO Box 280308
East Hartford, CT  06128-0308

Music & ARts
Attn:  Collections
4626 Wedgewood Blvd
Frederick, MD  21703

N.W. Associates Womens Health
Attn:  Patient Accts
1786 Moon Lake Blvd  #207
Hoffman Estates, IL  60169-1067

Nationwide Credit Corp
Acct: DirecTV
2015 Vaughn Road N.W #300
Kennesaw, GA  30144-7802

NCO Collections
Acct: Commwealth Edison
PO Box 41466
Philadelphia, PA  19101-0000

NCO Financial Systems
Acct: MCI
507 Prudential Rd
Horsham, PA  19044

NCO Financial Systems Inc.
RE:  IPC
2360 Campbell Creek,  #500
Richardson, TX  75082

NCO Financial Systems Inc.
RE:  Commonwealth Edison
507 Prudential Road
Horsham, PA  19044

Neopath, S.C.
Attn:  Patient Accts
520 E. 22nd Street
Lombard, IL  60148

NICOR Gas
Attn: Bankruptcy Dept
1844 W. Ferry Road
Naperville, IL  60563-9662

Nicor Gas
Attn Bankruptcy Dept
PO Box 549
Aurora, IL  60507-0000

North Shore Agency
Acct: BMG Music
751 Summa Ave
Westbury, NY  11590

North Shore Agency
RE:  Publishers Clearing Hse
751 Summa Ave
Westbury, NY  11590

Northwest Suburban Driving Sch
Attn:  Collections
101 N. Main St
Crystal Lake, IL  60014

Pellettieri & Associates
RE:  Midwest Emergency Assoc
991 Oak Creek Dr
Lombard, IL  60148

PHillip Cacioppa  Md, SC
Attn:  Patient Accounts
810 Biesterfield Rd, #202
Elk Grove Villag, IL  60007

Prairie Emergency Phys
Attn:  Bankruptcy Dept
PO BOX  189016
Plantation , FL  33318-9016

Proactive
Attn:  Collections
PO BOX  11448
Des Moines, IA  50336-1448

Progressive Management System
Acct: MCI
PO Box 2220
West Covina, CA  91793-9917

Publishers Clearing House
Attn:  Bankruptcy Dept
PO BOX  26302
Lehigh Valley, PA  18002-6302

Puzzlemania
Attn:  Collections
PO BOX  4002862
Des Moines, IA  50340-2862

Quest Diagnostic
Attn:  Patient Billing
1355 Mittel Blvd
Wood Dale, IL  60191-1024

Radiological Consult Rochester
Attn:  Patient Accts
9410 Compubill Dr
Orland Park, IL  60462

Radiological Consult Woodstock
Attn:  Patient Accts
36311 Treasury Ctr
Chicago, IL  60694-6300

Receivable Management Services
RE:  Veolia Environmental
PO BOX  523
Richfield, OH  44286

Receivables Performance Mgt
RE:  Nicor Gas
20816 44th Ave W
Lynnwood, WA  98036

Retrieval Masters Creditors Bu
RE:  Scholastic
2269 S. Saw Mill River Rd, #3
Elmsford, NY  10523

Revenue Cycle Solutions RCS
RE:  St. Alexius
PO BOX  1022
Wixom, MI  48393-1022

Revenue Cycle Solutions RCS
RE: St. Alexius
PO BOX  1022
Wixom, MI  48393-1022

Risk Managaement Alternative
Acct: AT&T Wireless
13330 Broadway  #310
Oakland, CA  94612

RJM Acquisitions Funding LLC
RE:  Fingerhut
575 Underhill Blvd, #224
Syosset, NY  11791-3416

Road Loans
Division of Triad Financial
7711 Center Ave, Suite 100
Huntington Beach, CA  92647-3069

Road Loans
Attn: Bankruptcy Dept
PO Box 4559
Huntington Beach, CA  92605-4459

Salvatore Spinelli
Acct: Hartcourt Learning
CS 9018
Melville, NY  11747

Sean McCartney
PO Box 1295
Aurora, IL  60507

Serta Mattress Co
RE:  Benefits Analysis
5401 Trillium Blvd, #250
Hoffman Estates, IL  60192

Shaffer & Associates
RE:  Trumpet Club
101 S 5th Street,  #100
Columbia, MO  65201

Shape Express Women
325 S. Barrington RD
Schaumburg, IL  60193

Streamwood Family Dental
Attn:  Patient Accts
403 W. Irving Park Rd
Streamwood, IL  60107

Target Financial Services
Attn:  Bankruptcy Dept
Mail Stop 3C-K, PO BOX  9475
Minneapolis, MN  55440

T-Mobile
Attn Collection Dept
PO Box 742596
Cincinnati, OH  45374-2596

Transworld Systems Inc.
RE:  Music & Arts Centers
10 New England Business Ctr Dr
Andover, MA  01810

Transworld Systems Inc.
RE:  Avon Products
9525 Sweet Valley Dr
Valley View, OH  44125

Tribute
Attn:  Bankruptcy Dept
PO BOX  105555
Atlanta, GA  30348-5555

Tri-County Emergency Physician
Attn:  Patient Accounts
PO Box  369
Barrington, IL  60010

U.S. Cellular
Attn:  Write Off Department
PO BOX  7835
Madison, WI  53707-7835

Ultimate Sports Club
Attn:  Collections
2931 East McCarty St
Jefferson City, MO  65101

Venessa L. Hartman
Acct: ClearCheck Inc
135 Interstate Blvd #1
Greenville, SC  29615

Veolia Environmental Services
Attn:  Collections
8246 Innovation Way
Chicago, IL  60682-0082

Verizon Wireless
Attn:  Bankruptcy Dept
26935 Northwestern Hwy  #100
Southfield, MI  48033

Village of Bartlett
Attn: Water-Sewer Collection
228 . Main St
Bartlett, IL  60103-4495

Village of Hanover Park
Attn Water-Sewer Collection
2121 W. Lake St
Hanover Park, IL  60133-4398

Wellington Radiology Group
Attn:  Patient Accounts
9410 Compubill Dr
Orland Park, IL  60462

West Asset Management
RE:  Bank of America
PO BOX  105761
Atlanta, GA  30348-5761

West Asset Management
RE:  AT&T
7820 E Broadway Bvld, #200
Tucson, AZ  85710

WOW Cable
Attn:  Bankruptcy Dept
PO Box 5715
Carol Stream , IL  60197-5715